Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff-Intervenor
FLAME S.A.
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121
William R. Bennett, III (WB 1383)
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FLAME S.A.                                                                      10-CV-2788

              Plaintiff-Intervenor,
-------------------------------------------------------------X
WORLDLINK SHIPPING LIMITED                             **NOTICE OF MOTION
                                                                                    TO INTERVENE**

              Plaintiff
  -against-

HSBC BANK USA, N.A.,

              Defendant.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Flame S.A., by and through its undersigned attorneys, hereby move this Honorable Court to grant Flame S.A.. the right to Intervene as party plaintiff, pursuant to Federal Rule of Civil Procedure 24(a)(2) and 24(b)(2), for the reasons set forth in the accompanying Memorandum of Law.

Dated: New York, New York
       April 14, 2010

                                    Bennett, Giuliano, McDonnell & Perrone, LLP
                                    Attorneys for Plaintiff-Intervenor

                                    _____
                                    William R. Bennett, III
                                    494 Eighth Avenue, 7th Floor
                                    New York, New York 10001
                                    Telephone:   (646) 328-0120
                                    Facsimile:    (646) 328-0121
                                    wbennett@bgmplaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 20100 I filed the foregoing NOTICE OF MOTION and MEMORANDUM OF LAW with the Clerk using the CM/ECF System, and sent notification as follows to counsel of record:

*(Via ECF)*
George M. Chalos, Esq.
Chalos & Co., P.C.
123 South Street
Oyster Bay, NY 11771
gmc@chaloslaw.com

*(Via ECF)*
Michael O. Ware, Esq.
Mayer Brown LLP(DC)
Attorneys for HSBC Bank USA
1999 "K" Street, N.W.
Washington, DC 20006
mware@mayerbrown.com

                                            _____
                                            William R. Bennett, III

Z:\Casework\D Cases\D904 FLAME SA\Pleadings\Intervenor Action\NotMotIntervene-040810.doc